IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAMON HAMILTON, | ) | No. CIV. 2:08-00784 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| C/O FITZPATRICK, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER

In an order dated July 2, 2009, this Court permitted Plaintiff to perfect service upon the following Defendants: Correctional Officer ("C/O") Fitzpatrick, Sergeant ("Sgt.") Scotland, C/O Primm, C/O Rosario, Sgt. Guillory, and Lieutenant ("Lt.") Young.  (Doc. # 10.)  The Court ordered the Clerk of the Court to send Plaintiff six USM-285 forms, one summons, and instruction sheet and a copy of the complaint filed April 14, 2008.  The Court further ordered Plaintiff to complete an attached Notice of Submission of Documents and submit all of the following documents to the Court at the same time:

      a.  The completed, signed Notice of Submission of Documents;

      b.  One completed summons;

c.  One completed USM-285 form for each Defendant listed in

number (1) above; and

d.  Seven copies of the complaint filed April 14, 2008.

The Court then ordered that Plaintiff return these materials within

thirty days from the date of the order.

A full two months later, Plaintiff has failed to provide the Court with

the above-listed documents, as required by the order.  In its discretion, the Court

grants Plaintiff thirty additional days in which to return these documents.  Should

Plaintiff not comply with this order and fail to return the documents within thirty

days, the Court shall dismiss Plaintiff's action without prejudice.  <u>See</u> Local Rule

11-110; Fed. R. Civ. P. 41(b).

The Clerk of Court is hereby ordered to once again send Plaintiff six

USM-285 forms, one summons, and instruction sheet and a copy of the complaint

filed April 14, 2008.

DATED:  Honolulu, Hawaii, September 2, 2009.



_____

David Alan Ezra
United States District Judge

<u>Hamilton v. Fitzpatrick, et al.</u>, No. CIV. 2:08-00784 DAE; ORDER

2