IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAMON HAMILTON, | ) | No. CIV. 2:08-00784 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| C/O FITZPATRICK, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER DISMISSING CASE WITH PREJUDICE

   In an order dated July 2, 2009, this Court permitted Plaintiff to perfect service upon the following Defendants: Correctional Officer ("C/O") Fitzpatrick, Sergeant ("Sgt.") Scotland, C/O Primm, C/O Rosario, Sgt. Guillory, and Lieutenant ("Lt.") Young.  (Doc. # 10.)  Two months later, Plaintiff has failed to provide the Court with the documents as required by the Order.  The Court, in its discretion, granted Plaintiff an additional 30 days, and Plaintiff was informed that the case would be dismissed with prejudice should Plaintiff fail to return the document.  (Doc. # 11.)

   Plaintiff, once again, has failed to comply with the Court's Order and has not returned the documents to the Court.  Morever, the Court has not received any communication from Plaintiff since the last Order.  Accordingly, this case is

DISMISSED WITH PREJUDICE.  The Clerk of the Court is hereby directed to

enter judgment dismissing the case with prejudice.  No further motions or

documents may be filed by Plaintiff in this matter, other than a notice of appeal,

without prior authorization of the Court

    DATED:  Honolulu, Hawaii, October 15, 2009.



_____
David Alan Ezra
United States District Judge

Hamilton v. Fitzpatrick, et al., No. CIV. 2:08-00784 DAE; ORDER DISMISSING
CASE WITH PREJUDICE